## 67089. ROSS v. THE STATE.

McMurray, Presiding Judge.

The defendant appeals the revocation of his probation. *Held:*

Only slight evidence of a violation of the terms and conditions of probation is necessary to revoke a probated sentence. The quality or quantity necessary for revocation is not that demanded for conviction of a crime. See *Green v. State,* 158 Ga. App. 864, 865 (282 SE2d 417). See also *Johnson v. State,* 240 Ga. 526, 527 (242 SE2d 53), affirming s.c. 142 Ga. App. 124 (235 SE2d 550). The evidence was sufficient to support the revocation of defendant's probation. See *State v. Brinson,* 248 Ga. 380 (283 SE2d 463); *Lynch v. State,* 158 Ga. App. 232, 233 (279 SE2d 537); *Mobley v. State,* 158 Ga. App. 508 (281 SE2d 277).

*Judgment affirmed. Shulman, C. J., and Birdsong, J., concur.*

Decided October 20, 1983.

*John O. Ellis, Jr.,* for appellant.

*Robert E. Wilson, District Attorney, Michael M. Sheffield, James M. McDaniel, Assistant District Attorneys,* for appellee.